Allan D. NewDelman (004066)
ALLAN D. NEWDELMAN, P.C.
80 East Columbus Avenue
Phoenix, Arizona 85012
Telephone: (602) 264-4550
Facsimile: (602) 277-0144
Email: ANEWDELMAN@QWESTOFFICE.NET
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re ) | In Proceeding Under |
| ) | Chapter 11 |
| 20th Street, LLC ) | |
| ) | Case No. 09-20079 RTB |
| ) | |
| ) | |
| ) | APPLICATION TO EMPLOY COUNSEL |
| Debtor. ) | |
| _____ ) | |

Debtor, 20th Steet, LLC, hereby submits its Application to Employ Counsel, Allan D. NewDelman, P.C., as follows:

1. On August 20, 2009, a voluntary petition herein under Chapter 11 of the Bankruptcy Code.

2. Applicant, as Debtor-in-Possession, wish to employ Allan D. NewDelman, P.C., attorney duly admitted to practice in this Court, to represent Debtor in these proceedings.

3. Applicant has selected Allan D. NewDelman, P.C. for the reason that he has considerable experience in matters of this character, and believes that Allan D. NewDelman, P.C. is well-qualified to represent Debtor in this proceeding.

4. The professional services that Allan D. NewDelman, P.C., is to render are:

a. To give Debtors legal advice with respect to all matters related to this case.

b. To prepare on behalf of Applicants, as Debtors- in-Possession necessary applications, answers, orders, reports and other legal papers; and,

c. To perform all other legal services for Debtors which may be necessary herein.

and it is necessary for Debtor to employ an attorney for such professional services.

5. Allan D. NewDelman, P.C. represents no interest adverse to Debtor, or the estate in the matters upon which he is to be engaged for Debtor except for the payment of fees.

WHEREFORE, Applicant prays for authorization to employ and appoint Allan D. NewDelman, P.C., to represent Debtor as Debtor-in-Possession in this proceeding under Chapter 11 of the Code and for such other and further relief as is just.

DATED this 20th day of August, 2009.

20TH STREET, LLC

_____
Robert Highsmith
Managing Member

A copy of the foregoing mailed this 20th day of August, 2009, to:

U.S. Trustee's Office
230 North First Avenue
Suite 204
Phoenix, Arizona 85003

/s/ R. Scott Graves
R. Scott Graves
Paralegal

```
 1  Allan D. NewDelman (004066)
 2  ALLAN D. NEWDELMAN, P.C.
    80 East Columbus Avenue
 3  Phoenix, Arizona 85012
    Telephone: (602) 264-4550
 4  Facsimile: (602) 277-0144
 5  Email: ANEWDELMAN@QWESTOFFICE.NET
    Attorney for Debtor
 6
 7              UNITED STATES BANKRUPTCY COURT
                    DISTRICT OF ARIZONA
 8
 9  In re                    )   In Proceeding Under
                             )   Chapter 11
10  20th Street, LLC         )
                             )   Case No. 09-20079 RTB
11                           )
                             )
12       Debtor.             )   AFFIDAVIT OF PROPOSED COUNSEL
                             )
13                           )
14  _____)

15  STATE OF ARIZONA    )
                        ) ss.
16  County of Maricopa  )

17
         Allan D. NewDelman, being first duly sworn, deposes and says:
18
         1. I am an attorney and counselor at law, duly admitted to practice in the State of Arizona and
19  in this Court.
20
         2. I maintain an office for the practice of law at 80 East Columbus Avenue, Phoenix,
21  Arizona 85012, Telephone: (602) 264-4550.
22
         3. I have no connection with the above-named Debtor.
23
         4. I represent no interest adverse to the above-named Debtor, or the estate in matters upon
24  which I am to be engaged.
```

_____
Allan D. NewDelman

1  SUBSCRIBED and SWORN TO before me this 20th day of August, 2009.

   _____
   Notary Public

