Allan D. NewDelman, Esq. (004066)
ALLAN D. NEWDELMAN, P.C.
80 East Columbus Avenue
Phoenix, Arizona 85012
Telephone: (602) 264-4550
Facsimile: (602) 277-0144
Email: ANEWDELMAN@QWESTOFFICE.NET
Attorney for the Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re | In Proceeding Under Chapter 11 |
| 20th Street, LLC | Case No. 09-20079 RTB |
| Debtor. | CERTIFICATE OF SERVICE |

I hereby certify that a copy of the Notice of Status Hearing was mailed this 26th day of August, 2009 via U.S. Mail, to all creditors and parties on interest on the attached matrix.

DATED this 26th day of August, 2009.

ALLAN D. NEWDELMAN, P.C.

/s/ Allan D. NewDelman
Allan D. NewDelman, Esq.
Counsel for the Debtor

```
Label Matrix for local noticing        20TH STREET, LLC                       U.S. Bankruptcy Court, Arizona
0970-2                                  22573 NORTH 79TH STREET                230 North First Avenue, Suite 101
Case 2:09-bk-20079-RTB                  SCOTTSDALE, AZ 85255-4003              Phoenix, AZ 85003-0608
District of Arizona
Phoenix
Tue Aug 25 14:24:40 MST 2009

American Home Servicing                 Arizona Department of Revenue          Aurora Loan Services, Inc.
P.O. Box 660029                         1600 West Monroe                       601 Fifth Avenue
Dallas TX 75266-0029                    7th Floor                              P.O. Box 1706
                                        Phoenix AZ 85007-2650                  Scottsbluff NE 69363-1706


Aurora Loan Servicing                   Bart and Nicole Smith                  CMG Mortgage
2617 College Park                       6569 East Haven Avenue                 1420 East Roseville Parway
Scottsbluff NE 69361-2294               Florence AZ 85132-7974                 Roseville CA 95661-3078


Chevy Chase Bank                        Chevy Chase Bank                       Country Club Heights HOA
6151 Chevy Chase Drive                  P.O. Box 17074                         c/o The Brown Law Group,PLLC
Laurel MD 20707-2918                    Baltimore MD 21297-1074                180 West Magee, Sutie 164
                                                                               Tucson AZ 85704


Countrywide Home Loan                   Dean Pattillo and Kim Johnson          GMAC Mortgage
7105 Corporate Drive                    8155 West Pierson Street               500 Enterprise Road
Plano TX 75024-4100                     Phoenix AZ 85033-1035                  Suite 150
                                                                               Horsham PA 19044-3503


Gerald and Trisha Beckner               (p)INTERNAL REVENUE SERVICE            Jeremy Hendrix
16806 North 20th Street                 CENTRALIZED INSOLVENCY OPERATIONS      6824 West Morrow Drive
Phoenix AZ 85022-2968                   PO BOX 21126                           Glendale AZ 85308-5742
                                        PHILADELPHIA PA 19114-0326


Jessica Zahn                            Jesus and Alejandre Solario            Maricopa County Treasurer
22340 North 77th Way                    3730 West Medlock Drive                222 North Central Avenue
Scottsdale AZ 85255-4023                Phoenix AZ 85019-2758                  Suite 1100
                                                                               Phoenix AZ 85004-2206


Merchants Mortgage & Trust Corp.        Michael and Luzzella Ramirez           Miranda L. Lewis
7400 East Crestline Circle              8729 West Bobby Lopez Drive            17606 North 17th Place
Sutie 250                               Tolleson AZ 85353-2501                 #1092
Englewood CO 80111-3652                                                        Phoenix AZ 85022-2185


Monique Munoz                           Paula Hobgood and Julie Baden          Providence at Sheely Farms
1500 West 8th Street                    8512 East Roanoke Avenue               532 East Maryland Avenue
#105                                    Scottsdale AZ 85257-1839               Suite F
Phoenix AZ 85021                                                               Phoenix AZ 85012-1130


Richard and Sage Macias                 Robert Highsmith                       Thuy Ngo and Nhan Huu Ngyan
9447 West Virginia Avenue               22573 North 79th Place                 3734 West Medlock Drive
Phoenix AZ 85037-4434                   Scottsdale AZ 85255-4003               Phoenix AZ 85019-2758
```