Allan D. NewDelman, Esq. (004066)
ALLAN D. NEWDELMAN, P.C.
80 East Columbus Avenue
Phoenix, Arizona 85012
Telephone: (602) 264-4550
Facsimile: (602) 277-0144
Email: ANEWDELMAN@QWESTOFFICE.NET
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

In Re: ) In Proceedings Under
) Chapter Eleven
20th STREET, LLC., )
) Case No. 2-09-bk-20079 RTB
Debtor. )
)

APPLICATION FOR ALLOWANCE OF INTERIM
COMPENSATION AND REIMBURSEMENT OF EXPENSES
AND FOR JUDGMENT THEREON
(FIRST APPLICATION)

Allan D. NewDelman, on behalf of Allan D. NewDelman, P.C., counsel for the Debtor, 20th STREET, LLC., hereinafter "Debtor", respectfully moves this Court for an interim allowance for attorney fees and for reimbursement of expenses pursuant to 11 U.S.C. §331.

In support of its Application, Applicant submits an itemization of fees and out-of-pocket expenses incurred for the period of July 9, 2009 through November 15, 2009, attached hereto collectively as Exhibit "A" and incorporated herein by reference. In further support of its Application, Applicant respectfully represents as follows:

1. Allan D. NewDelman, P.C. ("Applicant") was appointed as counsel for Debtor in these proceedings by Order of this Court dated August 24, 2009. No agreement or understanding exists

between Applicant and any other person for the sharing of compensation received or to be received by Applicant in connection with the services rendered herein for which reimbursement is requested.

2. All services for which compensation is requested were performed in the representation of Debtor and not on behalf of any committee. All services for which compensation is hereby requested were performed in connection with this case and to increase the ability of Debtor to reorganize. The time for which an award of attorney fees is requested by this application is for the period of July 9, 2009, through November 15, 2009.

3. Applicant is submitting herewith a separate schedule setting forth the amount of time and a description of services performed as counsel for the Debtor. The attorneys performing such services are sent forth on the schedule attached hereto. On the schedule, these individuals are identified by the initials set forth opposite their names:

| Name | Initials | Hourly Rate |
|---|---|---|
| Allan D. NewDelman | ADN | $365.00 |
| Roberta J. Sunkin | RJS | $295.00 |
| R. Scott Graves | SG | $180.00 |
| Dawn Tatro | DT | $110.00 |
| Carol Prieur | CP | $110.00 |
| Julie Aranoff | JA | $110.00 |

The time of each member for which compensation is requested is set forth on the attached schedule. Applicant believes that the compensation requested is reasonable

4. No previous application has been submitted in this case by Applicant.

5. During this application period, Applicant seeks a total of $8,905.50 in fees. This is based on total of 38.00 hours (including 2.40 hours billed at "No Charge"). In addition, Applicant seeks reimbursement of the out-of-pocket expenses as set forth on the attached schedule, in the amount of $287.83 for a total award of $9,193.33. Total fees and costs will be offset by the retainer being held

in Applicant's trust account in the amount of 6,461.00.

6. Applicant reaffirms its previous representations that it does not represent or hold an interest adverse to the interests of the Debtor' estate and is a disinterested person within the meaning of the Bankruptcy Code, as made and/or disclosed in Applicant's original application to be employed by Debtor.

7. 11 U.S.C. §330 requires notice and a hearing prior to an award of compensation or reimbursement of expenses to an attorney or other professional. Pursuant to 11 U.S.C. §503(b), administrative expenses shall be allowed after notice and hearing, and pursuant to 11 U.S.C. §102(1), this Court may give such notice as is appropriate in the particular circumstances, and such opportunity for a hearing as is appropriate in the particular circumstances. The notice and hearing requirements of 11 U.S.C. §503 and 102(1) and Rule 2002 will be met if twenty (20) days written notice of this application is given by mail to all interested parties and a date is set by which any objections to this application shall be filed. In the event no objection or request for hearing is filed, then the hearing requirements of 11 U.S.C. §503 and 102(1) shall be met without an actual hearing.

## **FACTORS TO BE CONSIDERED**

8. The transcribed time records and detail of services rendered attached hereto indicate that between July 9, 2009 and November 15, 2009, Applicant devoted not less than 38.00 hours of time to serving the Debtor. In circumstances where expertise and judgment of an attorney were not required, responsibilities were delegated to a paralegal.

9. Applicant experience in handling Chapter 11 Debtor cases has allowed the Debtor to present their position on various issues and questions of law without incurring unnecessary hours of research or preparation.

3

10. The rates charged by the participating attorneys as set forth in the attached schedules are well within the range charged by attorneys in the District of Arizona of similar skill and reputation in the area of bankruptcy. The rate of Applicant, at $365.00, and Roberts J. Sunkin at $295.00, for a blended rate of $330.00 is very reasonable for Chapter 11 representation.

11. The amount of indebtedness and assets of this estate should be considered approximately "mid-range" when compared to the other Chapter 11 cases pending in this Court. The Debtor has not filed a Disclosure Statement and Chapter 11 Plan.

12. Applicant is an established bankruptcy law firm, having substantial experience in bankruptcy, litigation and the many other disciplines required of counsel for Debtor in this case. The experience, reputation and ability of Allan D. NewDelman, P.C. generally, and of the attorneys of record before this Court are well-known in the community in which they practice.

13. Applicant did not become associated with the Debtor until shortly before the filing of this Chapter 11 Petition.

## APPLICABLE LEGAL STANDARD

14. Under the Bankruptcy Code, the applicable legal standard for determining reasonable interim compensation is set forth in 11 U.S.C. §330, which states that reasonable compensation shall be based on the nature, the extent and the value of such services, the time spent on such services, and the cost of comparable services other than in a case under Title 11 of the United States Code, and reimbursement for actual, necessary expenses incurred.

## SUMMARY OF COSTS

The costs for which Applicant seeks reimbursement total $287.83. The majority of the costs in this case are attributable to photocopying charges. The charges for postage were attributable to

4

the mailing out of miscellaneous hearing notices to all creditors. The charges for delivery were attributable to emergency court filings.

The amount charged by Applicant for photocopies is 20 cents per sheet. Facsimile charges are $1.00 per page. All costs from outside parties, such as Federal Express, court reporters charges and long distance telephone charges are charged at Applicant's actual cost.

The amount Applicant has disbursed for actual and necessary expenses in connection with the estate are itemized on the attached Exhibit "A".

WHEREFORE, Allan D. NewDelman prays that this application be noticed to all parties in interest and upon no objections being filed that Applicant be awarded a interim allowance, pursuant to 11 U.S.C. §331, as attorney for the Debtor-In-Possession in the amount of $8,905.50 together with reimbursement for actual and necessary costs expended in the amount of $287.83 for a total award of $9,193.33, which will be offset by the retainer being held in Applicant's trust account in the amount of $6,461.00 subject to review and adjustment for determination of reasonable compensation based on criteria set forth in 11 U.S.C. §330 and for such other and further relief as the Court deems equitable.

Based upon the foregoing, Applicant respectfully requests this Court to enter an Order allowing:

A. Allowance and approval of its fees for the Application Period totaling $8,905.50;

B. Reimbursement of $287.83 in actual and necessary expenses, which Applicant has incurred and paid during the Application Period in connection with the rendering of such professional services, for a total fees and costs of $9,193.33 to be offset by the retainer being held in Applicant's trust account in the amount of $6,461.00;

5

C. For a Judgment against 20^(TH) Street LLC., for the total award in the sum of $9,193.33; and

D. Such other and further relief as this Court deems just and proper.

DATED this 3rd day of March, 2010.

/s/ Allan D. NewDelman
Allan D. NewDelman, Esq.
Attorney for Debtor-in-Possession

A copy of the foregoing
mailed this 3rd day
of March, 2010, to:

Jennifer A. Giaimo, Esquire
United States Trustee
230 North First Avenue
Suite 204
Phoenix, AZ 85003

/s/ R. Scott Graves
R. Scott Graves
Paralegal

6

# EXHIBIT "A"

| Selection Criteria | |
|---|---|
| CLIENT (hand sele   Include: 20TH ST-HIGHSMI | |
| REFERENCE (han    Exclude: EXPENSES; EXPENSES | |

| Totals for | Billable Slip Value |
|---|---|
| ASSET ANALYSIS AND RECOVERY | $547.50 |
| BUSINESS OPERATIONS | $784.00 |
| CASE ADMINISTRATION | $3,393.25 |
| FINANCING | $743.00 |
| LITIGATION | $2,201.50 |
| MEETING OF CREDITORS | $365.00 |
| PLAN AND DISCLOSURE STATEMENT | $18.00 |
| RELIEF FROM STAY PROCEEDINGS | $853.25 |
| Grand Total | $8,905.50 |

# EXHIBIT "B"

ALLAN D. NEWDELMAN, P.C.
ATTORNEY AT LAW
80 EAST COLUMBUS AVENUE
PHOENIX, AZ 85012

Invoice submitted to:
20TH STREET
ROBERT HIGHSMITH
22573 NORTH 79TH ST
SCOTTSDALE AZ 85255

November 29, 2009

In Reference To: POSSIBLE CHAPTER 11 CASE NO. 2-09-bk-20079 RTB
(AUGUST 2009)

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| **ASSET ANALYSIS AND RECOVERY** | | | |
| 7/9/2009 ADN | CONFERENCE WITH CLIENT RE: NEW CHAPTER 11 CASE; DISCUSSION W/ SCOTT | 1.50<br>365.00/hr | |
| SUBTOTAL: | | [ 1.50 | 547.50] |
| **BUSINESS OPERATIONS** | | | |
| 9/8/2009 SG | RESPOND TO ROBERT HIGHSMITH'S EMAIL ON US TRUSTEE PACKET; VOICE MAIL WITH TOM KADATONI ON INITIAL DEBTOR INTERVIEW | 0.10<br>180.00/hr | |
| 9/14/2009 ADN | CONFERENCE WITH CLIENT RE: WORK ON 1ST DAY MATTERS AND US TRUSTEE INITIAL DEBTOR INTERVIEW ISSUES | 1.00<br>365.00/hr | |
| 9/16/2009 ADN | TO COURT FOR HEARING ON INITIAL DEBTOR INTERVIEW | 1.00<br>365.00/hr | |
| 10/20/2009 SG | DOWNLOAD SEPTEMBER REPORT AND REVIEW; FORWARD TO ROBERT HIGHSMITH FOR SIGNING | 0.10<br>180.00/hr | |
| 10/21/2009 SG | UPDATE SEPT 2009 MONTHLY OPERATING REPORTS WITH SIGNED FRONT PAGE AND GIVE TO LEEANN TO FILE | 0.10<br>180.00/hr | |
| SUBTOTAL: | | [ 2.30 | 784.00] |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
|  | **CASE ADMINISTRATION** |  |  |  |
| 7/16/2009 | SG | TELEPHONE CALL TO DEBTOR REGARDING RESCHEDULING APPOINTMENT AND TRANSFER OF PROPERTY BACK TO FRIEND AND CRAMDOWN ON PROPERTY | 0.10 180.00/hr |  |
| 8/3/2009 | SG | EMAIL ROBERT HIGHSMITH TO CONFIRM APPOINTMENT | 0.10 180.00/hr |  |
| 8/6/2009 | SG | MEET WITH ROBERT TO REVIEW PACKET; DISCUSSION W/ ALLAN AND ROBERT TO RESOLVE QUESTIONS | 2.00 180.00/hr | NO CHARGE |
| 8/7/2009 | SG | START WORK ON PETITION; EMAIL TO ROBERT ON INFORMATION NEEDED TO FINISH | 0.20 180.00/hr |  |
| 8/11/2009 | ADN | DISCUSSION W/ SCOTT; TELEPHONE CALL TO CLIENT REGARDING REPORTING ISSUES | 0.25 365.00/hr |  |
| 8/12/2009 | SG | PREPARE CHAPTER 11 PETITION; EMAIL ROBERT FOR INFORMATION ON YTD RECEIPTS AND WITHDRAWAL INFORMATION | 1.50 180.00/hr |  |
| 8/13/2009 | ADN | REVIEW SCHEDULES | 0.50 365.00/hr |  |
| 8/14/2009 | ADN | REVIEW ALL REAL ESTATE DEEDS OF TRUST FOR ASSIGNMENT OF RENTS ISSUES | 1.00 365.00/hr |  |
|  | SG | REVISE SCHEDULES WITH ALLAN AND CHANGES AS PER 8-13 MEETING | 1.00 180.00/hr |  |
| 8/17/2009 | SG | MEET WITH ALLAN AND ROBERT HIGHSMITH ON FILING OF CASE; FILE AND SERVE | 1.30 180.00/hr |  |
| 8/18/2009 | SG | UPDATE SCHEDULE B WITH PERSONAL PROPERTY; UPDATE SCHEDULES F WITH SECURITY DEPOSIT HOLDERS; GIVE ALLAN DRAFT TO REVIEW | 1.00 180.00/hr |  |
| 8/19/2009 | SG | MEET WITH ROBERT HIGHSMITH ON FILING PETITION AND PLAN, MOTIONS AND COMPLAINTS | 0.10 180.00/hr |  |
| 8/20/2009 | SG | MEET WITH ROBERT HIGHSMITH TO REVIEW PETITION; FILE CHAPTER 11 PETITION AND GIVE PROOF OF FILING TO LEEANN AND HAVE HER CALL TITLE AGENCIES TO STOP FORECLOSURE SALE | 1.00 180.00/hr |  |
| 8/21/2009 | SG | UPDATE PACKAGE TO EMPLOY ALLAN WITH CASE #; FILE AND SERVE | 0.50 180.00/hr |  |

|            |     |                                                                                        | Hrs/Rate        | Amount    |
|------------|-----|----------------------------------------------------------------------------------------|-----------------|-----------|
| 8/21/2009  | SG  | TELEPHONE CALL TO HIGH SMITH TO CONFIRM FILING                                         | 0.10<br>180.00/hr |         |
| 8/25/2009  | SG  | PREPARE NOTICE OF CHAPTER 11 STATUS HEARING AND CERTIFICATE OF SERVICE                 | 0.20<br>180.00/hr |         |
| 8/26/2009  | SG  | SCAN AND FILE NOTICE OF CHAPTER 11 STATUS HEARING AND CERTIFICATE OF SERVICE           | 0.10<br>180.00/hr |         |
| 8/31/2009  | SG  | UPDATE PETITION WITH NUMBER; TELEPHONE CALL TO CATHY ENLOW AT INTERNAL REVENUE SERVICE | 0.20<br>180.00/hr |         |
| 9/14/2009  | SG  | EMAIL ROBERT HIGHSMITH ON INITIAL DEBTOR INTERVIEW AND DOCUMENTS                       | 0.10<br>180.00/hr |         |
| 9/16/2009  | SG  | PREPARE AMENDED SCHEDULES E&F                                                          | 0.10<br>180.00/hr |         |
|            | SG  | FILE AMENDMENT TO SCHEDULES AND SERVE OUT                                              | 0.10<br>180.00/hr |         |
| 9/22/2009  | ADN | PREPARE FOR CASH COLLATERAL HEARING                                                    | 0.35<br>365.00/hr |         |
| 9/23/2009  | ADN | TO COURT FOR HEARING ON CASH COLLATERAL                                                | 1.50<br>365.00/hr |         |
| 9/24/2009  | SG  | SET UP ADVERSARY FILES                                                                 | 0.30<br>180.00/hr | NO CHARGE |
| 10/22/2009 | ADN | TELEPHONE CALL TO CLIENT; REVIEW REX'S LETTER AND RESPONSE                             | 0.50<br>365.00/hr |         |
| 10/23/2009 | SG  | COVER LETTER TO DEBTOR FOR LETTER FROM AHM ON LOAN MODIFICATION                        | 0.10<br>180.00/hr |         |
| 11/3/2009  | ADN | TO COURT FOR HEARING ON 105(d) STATUS; TELEPHONE CALL TO CLIENT ON STATUS REPORT       | 1.00<br>365.00/hr |         |
| 11/6/2009  | ADN | TELEPHONE CALL TO REX ANDERSON REGARDING 2 REAL ESTATE CRAMDOWNS                       | 0.35<br>365.00/hr |         |
|            |     | SUBTOTAL:                                                                              | [    15.55      | 3,393.25] |

FINANCING

| 8/17/2009 | ADN | TELEPHONE CONFERENCE W/ ROBERT TO REVIEW EACH DEED OF TRUST FOR CASH COLLATERAL ISSUES | 1.00<br>365.00/hr | |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/1/2009 | SG | PREPARE MOTION FOR USE OF CASH COLLATERAL; PREPARE SPECIAL SHEET SHOWING USE OF CASH COLLATERAL; EMAIL TO ROBERT HIGHSMITH TO REVIEW SPREADSHEET | 1.00 180.00/hr |  |
| 9/4/2009 | SG | UPDATE SPREADSHEET WITH NEW RENTS AND 1ST LOAN PAYMENTS; REVIEW MOTION FOR USE OF CASH COLLATERAL AND GIVE TO ALLAN TO REVIEW | 0.20 180.00/hr |  |
| 9/8/2009 | SG | SCAN FILE AND COPY MOTION FOR USE OF CASH COLLATERAL; GIVE TO LEEANN TO SERVE OUT | 0.20 180.00/hr |  |
|  | SG | PREPARE NOTICE OF HEARING ON APPLICATON TO USE OF CASH COLLATERAL AND CERTIFICATE OF SERVICE; SCAN AND FILE AND GIVE TO LEEANN TO SERVE OUT | 0.30 180.00/hr |  |
| 10/21/2009 | SG | REVIEW MINUTE ENTRY ON CASH COLLATERAL HEARING; PREPARE ORDER AND NOTICE OF LODGED ORDER ON CASH COLLATERAL MOTION; FILE WITH COURT | 0.30 180.00/hr |  |
| 10/23/2009 | SG | EMAIL TO ROBERT HIGHSMITH ON ORDER GRANTING MOTION FOR CASH COLLATERAL AND TELLING HIM TO PAY MORTGAGES | 0.10 180.00/hr |  |
|  |  | SUBTOTAL: | [    3.10 | 743.00] |

LITIGATION

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/18/2009 | ADN | REVIEW COMPLAINT ON 506 CRAM DOWN WITH CHASE ON BOBBY LOPEZ PROPERTY | 0.35 365.00/hr |  |
|  | ADN | REVIEW COMPLAINT ON 506 CRAM DOWN WITH MUTUAL ON MORROW PROPERTY | 0.35 365.00/hr |  |
|  | SG | PREPARE 2 SECTION 506 COMPLAINTS AGAINST CHASE | 1.00 180.00/hr |  |
| 9/21/2009 | SG | REVISE COMPLAINTS WITH ALLAN'S CORRECTIONS | 0.40 180.00/hr |  |
|  | SG | REVIEW COMPLAINTS WITH ALLAN | 0.10 180.00/hr | NO CHARGE |
| 9/23/2009 | SG | SCAN AND FILE COMPLAINTS AGAINST CHASE BANK; REQUEST SUMMONS | 0.40 180.00/hr |  |
| 9/24/2009 | SG | DOWNLOAD SUMMONS; PREPARE MAILING LABELS; TELEPHONE CALL TO ERICK AT BANKRUPTCY COURT ON ORDER TO PAY FILING FEES; PREPARE CERTIFICATE OF | 0.50 180.00/hr |  |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
|  |  | SERVICE AND FILE WITH COURT; GIVE SUMMONS, COMPLAINTS, AND LABELS TO LEEANN TO SERVE OUT |  |  |
| 10/28/2009 | SG | REVIEW DOCKET FOR RESPONSE BY CHASE TO 506 ACTION; PREPARE CORRECTED CERTIFICATE OF SERVICE; PREPARE OTICE OF NO RESPONSE TO COMPLAINTS AND REQUEST FOR DEFAULT JUDGMENT; FILE AND SERVE OUT | 0.90 180.00/hr |  |
| 11/4/2009 | SG | PREPARE 506 COMPLAINT AGAINST AURORA | 1.00 180.00/hr |  |
| 11/9/2009 | SG | SCAN AND FILE COMPLAINT AGAINST ARORA FOR VIRGINIA AVE PROPERTY; REQUEST SUMMONS | 1.00 180.00/hr |  |
| 11/10/2009 | SG | DOWNLOAD SUMMONS; CREATE LABELS; GIVE TO LEEANN TO MAIL OUT; PREPARE CERTIFICATE OF SERVICE AND FILE | 0.30 180.00/hr |  |
| 11/12/2009 | SG | PREPARE 506 ACTIONS FOR ROANOKE WITH 17TH PLACE AND WEST 8TH STATUS PROPERTIES; TELEPHONE CALL TO ROBERT HIGHSMITH; CONSULT WITH RJ | 2.50 180.00/hr |  |
| 11/13/2009 | ADN | REVIEW NEW ADVERSARIES ON 506 ACTION | 0.40 365.00/hr |  |
|  | SG | PREPARE 506 COMPLAINTS TO ROANOKE AND WEST 8TH STATUS PROPERTIES | 2.00 180.00/hr |  |
|  |  | SUBTOTAL: | [    11.20 | 2,201.50] |
|  |  | **MEETING OF CREDITORS** |  |  |
| 9/22/2009 | ADN | TO COURT FOR HEARING ON 341 | 1.00 365.00/hr |  |
|  |  | SUBTOTAL: | [    1.00 | 365.00] |
|  |  | **PLAN AND DISCLOSURE STATEMENT** |  |  |
| 11/11/2009 | SG | EMAIL TO ROBERT HIGHSMITH ON CHAPTER 11 PLAN DUE DATE; ATTACH SAMPLE NARRATIVE | 0.10 180.00/hr |  |
|  |  | SUBTOTAL: | [    0.10 | 18.00] |
|  |  | **RELIEF FROM STAY PROCEEDINGS** |  |  |
| 9/18/2009 | ADN | ANSWER MOTION FOR LIFT STAY ON MORROW PROPERTY | 0.30 365.00/hr |  |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/18/2009 | ADN | ANSWER MOTION FOR LIFT STAY ON BOBBY LOPEZ PROPERTY | 0.30<br>365.00/hr |  |
| 9/29/2009 | SG | TELEPHONE CONFERENCE W/ KEVIN HAHN'S OFFICE ON 2ND MOTION FOR LIFT STAY ON MANNER ROAD | 0.20<br>180.00/hr |  |
| 10/13/2009 | ADN | DISCUSSION W/ SCOTT REGARDING 2ND MOTION FOR LIFT STAY ON SAME PROPERTY; INSTRUCTIONS ON MOTION TO DISMISS | 0.50<br>365.00/hr |  |
|  | SG | FILE AND SERVE MOTION TO STRIKE | 0.10<br>180.00/hr |  |
|  | SG | PREPARE MOTION AND ORDER TO STRIKE 2ND LIFT STAY MOTION ON MORROW DRAFT PROPERTY | 0.50<br>180.00/hr |  |
| 10/29/2009 | ADN | REVIEW DOCKET AND ANSWER TO MOTION FOR LIFT STAY BY SILVERMAN | 0.35<br>365.00/hr |  |
|  | SG | REVIEW LIFT STAY MOTION BY ARUORA; REVIEW CORP COMMISSION WEBSITE; PREAPRE RESPONSE TO MOTION FOR LIFT STAY; EMAIL LORRAINE TO SET HEARING | 1.00<br>180.00/hr |  |

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| SUBTOTAL: |  | [    3.25 | 853.25] |
| For professional services rendered |  | 38.00 | $8,905.50 |

Additional Charges :

|  |  |  | Qty/Price | Amount |
|---|---|---|---|---|
| **EXPENSES** |  |  |  |  |
| 8/20/2009 | ADN | FAX CHARGE -- $1.00 PER PAGE | 45<br>1.00 | 45.00 |
| 8/21/2009 | ADN | FAX CHARGE -- $1.00 PER PAGE | 17<br>1.00 | 17.00 |
|  | ADN | POSTAGE CHARGE | 1<br>2.07 | 2.07 |
| 8/24/2009 | ADN | FAX CHARGE -- $1.00 PER PAGE | 6<br>1.00 | 6.00 |
| 8/25/2009 | ADN | POSTAGE CHARGE | 1<br>14.08 | 14.08 |

| Date | | Description | Qty/Price | Amount |
|---|---|---|---|---|
| 8/26/2009 | ADN | PHOTOCOPYING CHARGE | 32<br>0.20 | 6.40 |
| 8/31/2009 | ADN | PACER SERVICE CHARGE FROM BANKRUPTCY COURT FROM AUGUST 1, 2009 THROUGH AUGUST 31, 2009 | 1<br>1.12 | 1.12 |
| 9/8/2009 | ADN | PHOTOCOPYING CHARGE | 105<br>0.20 | 21.00 |
|  | ADN | POSTAGE CHARGE | 1<br>13.64 | 13.64 |
| 9/14/2009 | ADN | PHOTOCOPYING CHARGE | 214<br>0.20 | 42.80 |
| 9/16/2009 | ADN | AMENDMENT FEE AT BANKRUPTCY COURT | 1<br>26.00 | 26.00 |
| 9/24/2009 | ADN | POSTAGE CHARGE | 1<br>6.24 | 6.24 |
|  | ADN | PHOTOCOPYING CHARGE | 212<br>0.20 | 42.40 |
| 9/30/2009 | ADN | PACER SERVICE CHARGE FROM BANKRUPTCY COURT FROM SEPTEMBER 1, 2009 THROUGH SEPTEMBER 30, 2009 | 1<br>6.54 | 6.54 |
| 10/21/2009 | ADN | PHOTOCOPYING CHARGE | 49<br>0.20 | 9.80 |
| 10/28/2009 | ADN | POSTAGE CHARGE | 1<br>2.44 | 2.44 |
| 10/29/2009 | ADN | POSTAGE CHARGE | 1<br>1.22 | 1.22 |
| 10/31/2009 | ADN | PACER SERVICE CHARGE FROM BANKRUPTCY COURT FROM OCTOBER 1, 2009 THRU OCTOBER 31, 2009 | 1<br>2.48 | 2.48 |
| 11/10/2009 | ADN | PHOTOCOPYING CHARGE | 108<br>0.20 | 21.60 |

SUBTOTAL:                                                                                                                      [    287.83]

Total costs                                                                                                                             $287.83