Allan D. NewDelman, Esq. (004066)
ALLAN D. NEWDELMAN, P.C.
80 East Columbus Avenue
Phoenix, Arizona 85012
Telephone: (602) 264-4550
Facsimile: (602) 277-0144
Email: ANEWDELMAN@QWESTOFFICE.NET
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

In Re:                                  ) In Proceedings Under
                                        ) Chapter 11
20th STREET LLC                         )
                                        ) Case No. 2-09-bk-20079 RTB
        Debtor.                         )
                                        )
_____)

NOTICE OF APPLICATION FOR INTERIM PAYMENT AND
COMPENSATION OF ATTORNEY FEE AND COSTS AND
FOR ORDER AND JUDGMENT THEREON
(FIRST APPLICATION)

TO ALL CREDITORS AND OTHER INTERESTED PARTIES:

   NOTICE IS HEREBY GIVEN that Allan D. NewDelman, attorney for Debtor, has filed its First Application for Interim Payment and Compensation of Attorney Fees and Costs in the total sum of $9,193.33, which will be offset by retainer paid to Applicant's trust account in the amount of $6,461.00.

   Total fees are based on total time spent of 38.00 hours (including 2.40 hours billed at "No Charge") in its representation of Debtor; and costs totaling $287.83 (Photocopying Charge $144.00; Pacer Charges $10.14; Fax Charges $68.00; Amendment Fee $26.00; and Postage Charges $39.69) from July 9, 2009 through November 15, 2009.

   If no objection is filed with the Bankruptcy Court and a copy served upon Allan D. NewDelman at the address listed by 5:00 p.m. on Monday, March 29, 2010, the Application may be granted without further notice or hearing. A complete copy of the application, statements and supporting papers may be obtained upon request from the Applicant. Further, the Application is on file with the Clerk of the Bankruptcy Court and available for inspection by all interested parties. Any objection to said Application must be in writing, filed with the Clerk of the Bankruptcy Court at 230 North 1st Avenue, Phoenix, Arizona 85003; and served upon Allan D. NewDelman, 80 East Columbus Avenue, Phoenix, Arizona, 85012.

   DATED this 3rd day of March, 2010

/s/ Allan D. NewDelman
Allan D. NewDelman
Attorney for Debtor-in-Possession