Allan D. NewDelman, Esq. (004066)
ALLAN D. NEWDELMAN, P.C.
80 East Columbus Avenue
Phoenix, Arizona 85012
Telephone: (602) 264-4550
Facsimile: (602) 277-0144
Email: ANEWDELMAN@QWESTOFFICE.NET
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>20th Street, LLC<br><br>        Debtor. | In Proceedings Under<br>Chapter 11<br><br>Case No. 2-09-bk-20079 RTB<br><br>CERTIFICATE OF SERVICE |

I hereby certify that a copy of the Notice of the First Application for Compensation and Payment and Compensation of Attorney Fees and Costs and for Order and Judgment Thereon was sent this 3rd day of March, 2010, via U.S. Mail, postage prepaid, to all creditors and parties of interest on the attached matrix.

DATED this 3rd day of March, 2010.

/s/ Allan D. NewDelman
Allan D. NewDelman
Attorney for the Debtor

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0970-2<br>Case 2:09-bk-20079-RTB<br>District of Arizona<br>Phoenix<br>Tue Mar  2 09:25:11 MST 2010 | 20TH STREET, LLC<br>22573 NORTH 79TH STREET<br>SCOTTSDALE, AZ 85255-4003 | American Home Mortgage Servicing, Inc.<br>4875 Belfort Rd Suite 130<br>Jacksonville, FL 32256-6059 |
| Aurora Loan Services, LLC, its assignees and | BAC Home Loans Servicing, LP c/o Prober & Ra<br>20750 Ventura Boulevard, Suite 100<br>Woodland Hills, CA 91364-6207 | Capital One, N.A.<br>P.O Box 259330<br>Plano, TX 75025-9330 |
| GMAC Mortgage, LLC<br>c/o Pite Duncan, LLP<br>4375 Jutland Drive, Suite 200<br>P.O. Box 17933<br>San Diego, CA 92177-7921 | JPMorgan Chase Bank, National Association<br>Malcolm˜Cisneros<br>2112 Business Center Drive<br>Second Floor<br>Irvine, CA 92612-7135 | US BANK NATIONAL ASSOCIATION<br>4375 Jutland Drive, Suite 200<br>P.O. Box 17933<br>San Diego, CA 92177-7921 |
| US BANK, NATIONAL ASSOCIATION<br>c/o Pite Duncan, LLP<br>4375 Jutland Drive Suite 200<br>P.O. Box 17933<br>San Diego, CA 92177-7921 | U.S. Bankruptcy Court, Arizona<br>230 North First Avenue, Suite 101<br>Phoenix, AZ 85003-0608 | 7400 ACCEPTANCE LLC<br>C/O LISA K SHIMEL<br>7400 E CRESTLINE RD, SUITE 250<br>GREENWOOD VILLAGE, CO 80111-3655 |
| AMERICAN HOME MORTGAGE SERVICING,INC.<br>1525 S. BELTLINE ROAD, SUITE 100 N<br>COPPELL, TEXAS 75019-4913 | American Home Mortgage Servicing, Inc.<br>4875 Belfort Road, Siute 130<br>Jacksonville, FL 32256-6058 | American Home Servicing<br>P.O. Box 660029<br>Dallas TX 75266-0029 |
| Arizona  Department of Revenue<br>1600 West  Monroe<br>7th Floor<br>Phoenix AZ 85007-2650 | Aurora Loan Services, Inc.<br>601 Fifth Avenue<br>P.O. Box 1706<br>Scottsbluff NE 69363-1706 | Aurora Loan Servicing<br>2617 College Park<br>Scottsbluff NE 69361-2294 |
| Bart and Nicole Smith<br>6569 East Haven Avenue<br>Florence AZ 85132-7974 | CMG Mortgage<br>1420 East Roseville Parway<br>Roseville CA 95661-3078 | Chevy Chase Bank<br>6151 Chevy Chase Drive<br>Laurel MD 20707-2918 |
| Chevy Chase Bank<br>P.O. Box 17074<br>Baltimore MD 21297-1074 | Country Club Heights HOA<br>c/o The Brown Law Group,PLLC<br>180 West Magee, Sutie 164<br>Tucson AZ 85704 | Countrywide Home Loan<br>7105 Corporate Drive<br>Plano TX 75024-4100 |
| Dean Pattillo and Kim Johnson<br>8155 West Pierson Street<br>Phoenix AZ 85033-1035 | GMAC Mortgage<br>500 Enterprise Road<br>Suite 150<br>Horsham PA 19044-3503 | GMAC Mortgage, LLC<br>3451 Hammond Avenue<br>Waterloo, IA 50702-5300 |
| Gerald and Trisha Beckner<br>16806 North 20th Street<br>Phoenix AZ 85022-2968 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 21126<br>PHILADELPHIA PA 19114-0326 | JP Morgan Chase Bank, National Association<br>7255 Bay Meadows Way<br>Jacksonville, FL 32256-6851 |

| | | |
|---|---|---|
| Jeremy Hendrix<br>6824 West Morrow Drive<br>Glendale AZ 85308-5742 | Jessica Zahn<br>22340 North 77th Way<br>Scottsdale AZ 85255-4023 | Jesus and Alejandre Solario<br>3730 West Medlock Drive<br>Phoenix AZ 85019-2758 |
| MERCHANTS MORTGAGE & ACCEPTANCE CO LLC<br>C/O LISA K SHIMEL<br>7400 E CRESTLINE RD, SUITE 250<br>GREENWOOD VILLAGE, CO 80111-3655 | Maricopa County<br>c/o Barbara Lee Caldwell<br>AIKEN SCHENK HAWKINS & RICCIARDI P.C.<br>4742 North 24th Street, Suite 100<br>Phoenix, Arizona 85016-4859 | Maricopa County Treasurer<br>222 North Central Avenue<br>Suite 1100<br>Phoenix AZ 85004-2206 |
| Merchants Mortgage & Trust Corp.<br>7400 East Crestline Circle<br>Sutie 250<br>Englewood CO 80111-3652 | Michael and Luzzella Ramirez<br>8729 West Bobby Lopez Drive<br>Tolleson AZ 85353-2501 | Miranda L. Lewis<br>17606 North 17th Place<br>#1092<br>Phoenix AZ 85022-2185 |
| Monique Munoz<br>1500 West 8th Street<br>#105<br>Phoenix AZ 85021 | Paula Hobgood and Julie Baden<br>8512 East Roanoke Avenue<br>Scottsdale AZ 85257-1839 | Providence at Sheely Farms<br>532 East Maryland Avenue<br>Suite F<br>Phoenix AZ 85012-1130 |
| Richard and Sage Macias<br>9447 West Virginia Avenue<br>Phoenix AZ 85037-4434 | Robert Highsmith<br>22573 North 79th Place<br>Scottsdale AZ 85255-4003 | The Bank of New York Mellon<br>c/o BAC Home Loans Servicing, LP<br>7105 Corporate Drive<br>PTX-B-35<br>Plano, TX 75024-4100 |
| Thuy Ngo and Nhan Huu Ngyan<br>3734 West Medlock Drive<br>Phoenix AZ 85019-2758 | To Be Supplemented | U.S. TRUSTEE<br>OFFICE OF THE U.S. TRUSTEE<br>230 NORTH FIRST AVENUE<br>SUITE 204<br>PHOENIX, AZ 85003-1725 |
| US BANK, NATIONAL ASSOCIATION<br>c/o Capital One NA<br>265 Broadhollow Rd P.O. Box 8913<br>Melville, NY 11747-8913 | US Bank National Association<br>c/o GMAC Mortgage LLC.<br>3451 Hammond Avenue<br>Waterloo, IA 50702-5345 | Washington Mutual Home Loans<br>7255 Baymeadows Way<br>Jacksonville FL 32256-6851 |
| Washington Mutual Home Loans<br>P.O. Box 660139<br>Dallas TX 75266 | ALLAN 2 NEWDELMAN<br>ALLAN D NEWDELMAN PC<br>80 E COLUMBUS AVE<br>PHOENIX, AZ 85012-2334 | ALLAN D. NEWDELMAN<br>ALLAN D NEWDELMAN PC<br>80 E. COLUMBUS AVE.<br>PHOENIX, AZ 85012-2334 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 2126
Philadelphia PA 19114-0326

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)7400 ACCEPTANCE LLC         (u)Deutsche Bank National Trust Company  as T         (u)MARICOPA COUNTY

(u)MERCHANTS MORTGAGE & ACCEPTANCE CO LLC         (d)Capital One, N.A.
P.O. Box 259330
Plano TX 75025-9330         (d)GMAC Mortgage, LLC
C/O PITE DUNCAN, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, Ca 92177-7921

End of Label Matrix
Mailable recipients    53
Bypassed recipients     6
Total                  59