
Allan D. NewDelman, Esq. (004066)
ALLAN D. NEWDELMAN, P.C.
80 East Columbus Avenue
Phoenix, Arizona 85012
Telephone: (602) 264-4550
Facsimile: (602) 277-0144
Email: ANEWDELMAN@QWESTOFFICE.NET
Attorney for Debtor

IN THE UNITED STATES BANKRUPTCY COURT
IN THE DISTRICT OF ARIZONA

In Re: ) In Proceedings Under
) Chapter Eleven
20th Street, LLC )
) Case No. 09-20079 RTB
)
) ORDER CONFIRMING THE DEBTOR'S
) PLAN OF REORGANIZATION
)
Debtor )
_____)

A Plan of Reorganization under Chapter 11 of the Bankruptcy Code having been filed by the Debtor, the matter having been duly noticed as evidenced by the Affidavit of Mailing on file with the Court; the matter having come on for hearing and any objections having been resolved by approval of this order herein below and good cause appearing;

It having been determined after hearing on notice that:

1. The Plan has been accepted in writing;

2. The provisions of Chapter 11 of the Code have been complied with and that the Plan has been proposed in good faith and not by any means forbidden by law;

3. Each holder of a timely filed allowed claim or interest has accepted the Plan;

4. All payments made or promised by the Debtor or by the person issuing securities or acquiring property under the Plan or by any other person for service or for costs and expenses in, or

in connection with the Plan and incident to the case, have been fully disclosed to the Court and are reasonable or, if to be fixed after confirmation of the Plan, will be subject to the approval of the Court.

IT IS ORDERED that the Plan of Reorganization filed by the Debtor, 20th Street, LLC, is hereby CONFIRMED subject to the following terms and conditions:

1. By agreement, the Debtor shall make payments to the administrative claimant, Allan D. NewDelman, outside the Chapter 11 Plan of Reorganization except as set forth in the Disbursement Schedule, attached hereto as Exhibit "A".

2. The Debtor shall make payments to those creditors holding allowed claims as set forth in the Disbursement Schedule, attached hereto as Exhibit "A" beginning 30 days from the date the Order is entered by the Court.

3. To the extent that the value proposed in the Debtor's Chapter 11 Plan of Reorganization differs from the value agreed to in any Stipulated Judgments (entered into by the Debtor and its creditors), the value contained in the Stipulated Judgment shall supercede the value proposed in the Debtor's Chapter 11 Plan of Reorganization.

4. The mortgage payments to creditors in Classes 2, 3, 5, 6, 7, 8, 9, 10 and 11shall be re-amortized over the remaining life of the loan at the contract rate of interest. The creditors in the above Classes shall provide the Debtor with the new payment amount within 30 days from the date that this Order is entered by the Court. The Creditor's liens shall be modified to reflect the secured amount reflected in the Judgments only upon the entry of discharge. However, the Debtor make seek release of the lien prior to Debtor's substantial consummation of the Chapter 11 Plan and receipt of a Chapter 11 discharge in the event of a sale or refinancing of the property. Any pre-petition

mortgage arrearage shall be deemed satisfied by the Judgments reducing the principal balance of the Notes.

5. The Creditors in Classes 4A, 7A, 8A, and 11A shall have no claim against the Debtor in this case and shall receive no distribution. Nothing in this Order shall preclude the above Creditors from pursuing their rights under State law against the signers of the Notes to the extent that such rights exist.

IT IS FURTHER ORDERED that all property of the estate is vested in the Debtor pursuant to 11 U.S.C. §1141(b).

IT IS FURTHER ORDERED that pre-confirmation fees to the United States Trustee, if any, shall be paid on the effective date of the Plan. Post-confirmation quarterly fees shall be made and post-confirmation quarterly financial reports shall be timely filed until such time as this case is closed by Order of the Court.

SIGNED AND DATED ABOVE.

HAVING SEEN AND AGREED TO:

/s/ Gerard R. O'Meara
Gerard R. O'Meara, Esquire
Counsel for Countrywide Home Loans

3

mortgage arrearage shall be deemed satisfied by the Judgments reducing the principal balance of the Notes.

5. The Creditors in Classes 4A, 7A, 8A, and 11A shall have no claim against the Debtor in this case and shall receive no distribution. Nothing in this Order shall preclude the above Creditors from pursuing their rights under State law against the signers of the Notes to the extent that such rights exist.

IT IS FURTHER ORDERED that all property of the estate is vested in the Debtor pursuant to 11 U.S.C. §1141(b).

IT IS FURTHER ORDERED that pre-confirmation fees to the United States Trustee, if any, shall be paid on the effective date of the Plan. Post-confirmation quarterly fees shall be made and post-confirmation quarterly financial reports shall be timely filed until such time as this case is closed by Order of the Court.

SIGNED AND DATED ABOVE.

HAVING SEEN AND AGREED TO:


/s/ Gerard R. O'Meara
Gerard R. O'Meara, Esquire
Counsel for Countrywide Home Loans


/s/ Matthew A/ Silverman    7/26/10
Matthew A. Silverman
Counsel for Aurora Loan Services, LLC

3

# EXHIBIT "A"

# 20th STREET LLC
## USBC 09-20079 RTB
### Distribution of Payments to Made Under Chapter 11 Plan

| Quarter Ending | ADN Admin Claim | Countrywide Class 4 | Maricopa Treasurer Claim | Conrover's Cond HOA Claim | Country Club HOA Claim | Providence HOA Claim | Total Monthly Payment |
|---|---|---|---|---|---|---|---|
| Month 1 | 710.00 | 100.00 | 275.00 | 100.00 | 97.00 | 118.00 | 1,400.00 |
| Month 2 | 700.00 | 100.00 | 400.00 | 100.00 | 100.00 | 0.00 | 1,400.00 |
| Month 3 | 700.00 | 100.00 | 400.00 | 100.00 | 100.00 | 0.00 | 1,400.00 |
| Month 4 | 700.00 | 100.00 | 400.00 | 100.00 | 100.00 | 0.00 | 1,400.00 |
| Month 5 | 700.00 | 100.00 | 400.00 | 100.00 | 100.00 | 0.00 | 1,400.00 |
| Month 6 | 700.00 | 100.00 | 400.00 | 100.00 | 100.00 | 0.00 | 1,400.00 |
| Month 7 | 700.00 | 100.00 | 400.00 | 100.00 | 100.00 | 0.00 | 1,400.00 |
| Month 8 | 700.00 | 100.00 | 400.00 | 100.00 | 100.00 | 0.00 | 1,400.00 |
| Month 9 | 700.00 | 100.00 | 400.00 | 100.00 | 100.00 | 0.00 | 1,400.00 |
| Month 10 | 700.00 | 100.00 | 400.00 | 100.00 | 100.00 | 0.00 | 1,400.00 |
| Month 11 | 700.00 | 100.00 | 400.00 | 100.00 | 100.00 | 0.00 | 1,400.00 |
| Month 12 | 700.00 | 100.00 | 400.00 | 100.00 | 100.00 | 0.00 | 1,400.00 |
| **YEAR 1 TOTALS** | **$8,410.00** | **$1,200.00** | **$4,675.00** | **$1,200.00** | **$1,197.00** | **$118.00** | **$16,800.00** |
| Month 13 | 700.00 | 100.00 | 400.00 | 100.00 | 100.00 | 0.00 | 1,400.00 |
| Month 14 | 700.00 | 100.00 | 400.00 | 100.00 | 100.00 | 0.00 | 1,400.00 |
| Month 15 | 700.00 | 100.00 | 400.00 | 100.00 | 100.00 | 0.00 | 1,400.00 |
| Month 16 | 700.00 | 100.00 | 400.00 | 100.00 | 100.00 | 0.00 | 1,400.00 |
| Month 17 | 700.00 | 100.00 | 404.00 | 100.00 | 96.00 | 0.00 | 1,400.00 |
| Month 18 | 700.00 | 100.00 | 500.00 | 100.00 | 0.00 | 0.00 | 1,400.00 |
| Month 19 | 700.00 | 108.59 | 500.00 | 91.41 | 0.00 | 0.00 | 1,400.00 |
| Month 20 | 700.00 | 200.00 | 500.00 | 0.00 | 0.00 | 0.00 | 1,400.00 |
| Month 21 | 700.00 | 200.00 | 500.00 | 0.00 | 0.00 | 0.00 | 1,400.00 |
| Month 22 | 700.00 | 200.00 | 500.00 | 0.00 | 0.00 | 0.00 | 1,400.00 |
| Month 23 | 700.00 | 200.00 | 500.00 | 0.00 | 0.00 | 0.00 | 1,400.00 |
| Month 24 | 700.00 | 200.00 | 500.00 | 0.00 | 0.00 | 0.00 | 1,400.00 |
| **YEAR 2 TOTALS** | **$8,400.00** | **$1,708.59** | **$5,504.00** | **$691.41** | **$496.00** | **$0.00** | **$16,800.00** |

# 20th STREET LLC
## USBC 09-20079 RTB
### Distribution of Payments to Made Under Chapter 11 Plan

| Quarter Ending | ADN Admin Claim | Countrywide Class 4 | Maricopa Co Treasurer Claim | Jrover's Cond HOA Claim | Country Club HOA Claim | Providence HOA Claim | Total Monthly Payment |
|---|---|---|---|---|---|---|---|
| Month 25 | 0.00 | 200.00 | 1,200.00 | 0.00 | 0.00 | 0.00 | 1,400.00 |
| Month 26 | 0.00 | 200.00 | 1,200.00 | 0.00 | 0.00 | 0.00 | 1,400.00 |
| Month 27 | 0.00 | 200.00 | 1,200.00 | 0.00 | 0.00 | 0.00 | 1,400.00 |
| Month 28 | 0.00 | 200.00 | 1,200.00 | 0.00 | 0.00 | 0.00 | 1,400.00 |
| Month 29 | 0.00 | 200.00 | 1,200.00 | 0.00 | 0.00 | 0.00 | 1,400.00 |
| Month 30 | 0.00 | 200.00 | 1,200.00 | 0.00 | 0.00 | 0.00 | 1,400.00 |
| Month 31 | 0.00 | 200.00 | 1,200.00 | 0.00 | 0.00 | 0.00 | 1,400.00 |
| Month 32 | 0.00 | 200.00 | 1,200.00 | 0.00 | 0.00 | 0.00 | 1,400.00 |
| Month 33 | 0.00 | 200.00 | 1,200.00 | 0.00 | 0.00 | 0.00 | 1,400.00 |
| Month 34 | 0.00 | 200.00 | 1,200.00 | 0.00 | 0.00 | 0.00 | 1,400.00 |
| Month 35 | 0.00 | 200.00 | 1,200.00 | 0.00 | 0.00 | 0.00 | 1,400.00 |
| Month 36 | 0.00 | 200.00 | 1,200.00 | 0.00 | 0.00 | 0.00 | 1,400.00 |
| **YEAR 3 TOTALS** | **$0.00** | **$2,400.00** | **$14,400.00** | **$0.00** | **$0.00** | **$0.00** | **$16,800.00** |
| Month 37 | 0.00 | 200.00 | 1,200.00 | 0.00 | 0.00 | 0.00 | 1,400.00 |
| Month 38 | 0.00 | 200.00 | 1,200.00 | 0.00 | 0.00 | 0.00 | 1,400.00 |
| Month 39 | 0.00 | 200.00 | 1,200.00 | 0.00 | 0.00 | 0.00 | 1,400.00 |
| Month 40 | 0.00 | 200.00 | 1,200.00 | 0.00 | 0.00 | 0.00 | 1,400.00 |
| Month 41 | 0.00 | 200.00 | 1,200.00 | 0.00 | 0.00 | 0.00 | 1,400.00 |
| Month 42 | 0.00 | 1,300.00 | 102.00 | 0.00 | 0.00 | 0.00 | 1,402.00 |
| Month 43 | 0.00 | 771.72 | 0.00 | 0.00 | 0.00 | 0.00 | 771.72 |
| Month 44 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Month 45 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Month 46 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Month 47 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Month 48 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **YEAR 4 TOTALS** | **$0.00** | **$3,071.72** | **$6,102.00** | **$0.00** | **$0.00** | **$0.00** | **$9,173.72** |

## 20th STREET LLC
## USBC 09-20079 RTB
### Distribution of Payments to Made Under Chapter 11 Plan

| Quarter Ending | ADN Admin Claim | Countrywide Class 4 | Maricopa Co Treasurer Claim | Irover's Cond HOA Claim | Country Club HOA Claim | Providence HOA Claim | Total Monthly Payment |
|---|---|---|---|---|---|---|---|
| Month 49 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Month 50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Month 51 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Month 52 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Month 53 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Month 54 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Month 55 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Month 56 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Month 57 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Month 58 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Month 59 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Month 60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **YEAR 5 TOTALS** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |
| **GRAND TOTALS** | **$16,810.00** | **$8,380.31** | **$30,681.00** | **$1,891.41** | **$1,693.00** | **$118.00** | **$59,573.72** |