# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

|  |  |
|---|---|
| **Debtor:** | 20TH STREET, LLC |
| **Case Number:** | 2:09-BK-20079-RTB    **Chapter:** 11 |
| **Date / Time / Room:** | TUESDAY, OCTOBER 05, 2010 01:30 PM   7TH FLOOR #703 |
| **Bankruptcy Judge:** | REDFIELD T. BAUM |
| **Courtroom Clerk:** |  |
| **Reporter / ECR:** | N/A |

## Matter:

POST CONFIRMATION STATUS HEARING
**R / M #:**   137 / 0

**VACATED:   POST CONFIRMATION STATUS REPORT FILED WITH COURT - DKT #147**

## Appearances:

NONE

## Proceedings:

VACATED: POST CONFIRMATION STATUS REPORT FILED WITH COURT - DKT #147