Allan D. NewDelman, Esq, (004066)
ALLAN D. NEWDELMAN, P.C.
80 East Columbus Avenue
Phoenix, Arizona 85012
Telephone: (602) 264-4550
Facsimile: (602) 277-0144
Email: ANEWDELMAN@QWESTOFFICE.NET
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

In re ) In Proceeding Under
) Chapter 11
20th Street, LLC )
) Case No. 09-20079 RTB
)
) MOTION FOR ORDER TO
) SHOW CAUSE
Debtor. )
)

Comes now the Debtor, 20th Street, LLC, by and through counsel and moves the Court for an Order to Show Cause directed to JPMorgan Chase Bank, N.A. and Countrywide Home Loans and in support this Motion states as follows:

1.

The Debtor filed a petition under Chapter 11 on August 20, 2009.

2.

The Debtor's Chapter 11 Plan of Reorganization was confirmed on August 2, 2010. The Stipulated Order of Confirmation provided that creditors in Classes 2, 3, 5, 6, 7, 8, 9, 10 and 11shall shall provide the Debtor with the new payment amount within 30 days from the date that this Order is entered by the Court.

3.

JPMorgan Chase Bank, N.A. is a member of Class 9 and 10. Countrywide Home Loans is a member of Class 6.

4.

Counsel for the Debtor contacted counsel for both creditors on several occasions asking that their client provide the amount of the mortgage payment pursuant to the terms of the Debtor's Chapter 11 Plan of Reorganization and the Order confirming the Chapter 11 Plan of Reorganization.

5.

The Creditors, as of October 15, 2010, had failed to provide the new payment amount or even indicate to the Debtor's counsel that they were working to determine the new payment amount.

6.

The Debtor cannot successfully comply with the terms of its Chapter 11 Plan of Reorganization until such time that the above creditors do so.

7.

The Debtor moves the Court to issue an Order to Show Cause as to why JPMorgan Chase Bank, N.A. Countrywide Home Loans have not provided the Debtor with the new payment amount.

8.

The expense of having to bring this Motion before the Court should not be shouldered by the Debtor. Given the lack of cooperation by JPMorgan Chase Bank, N.A. Countrywide Home Loans, the creditors should reimburse the Debtor for the cost of having to bring this Motion.

Respectfully submitted this 19th day of October, 2010.

ALLAN D. NEWDELMAN, P.C.

 /s/ Allan D. NewDelman
Allan D. NewDelman
Counsel for the Debtor

A copy of the foregoing
mailed this 19th day
of October, 2010, to:

Larry Lee Watson, Esquire
Office of the U.S. Trustee
230 North First Avenue
Suite 204
Phoenix, Arizona 85003

Kevin Hahn, Esq.
Malcolm Cisneros
2112 Business Center Drive
2nd Floor
Irvine, California 92612
Counsel for JPMorgan Chase Bank, N.A.

Leonard J. McDonald, Esquire
Tiffany & Bosco, P.A.
2525 East Camelback Road
Suite 300
Phoenix, AZ 85016
Counsel for Countrywide Home Loans

20th Street, LLC
Attn: Robert Highsmith
22573 North 79th Place
Scottsdale, AZ 85255
Debtor


 /s/ R. Scott Graves
R. Scott Graves
Paralegal