# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

**Debtor:** 20TH STREET, LLC
**Case Number:** 2:09-BK-20079-RTB  **Chapter:** 11
**Date / Time / Room:** THURSDAY, DECEMBER 02, 2010 09:00 AM  7TH FLOOR #703
**Bankruptcy Judge:** REDFIELD T. BAUM
**Courtroom Clerk:**
**Reporter / ECR:** N/A

## *Matter:*

ORDER TO SHOW CAUSE DIRECTING A REPRESENTATIVE FROM JPMORGAN CHASE BANK AND COUNTRYWIDE HOME LOANS TO APPEAR AND SHOW CAUSE WHY THEY HAVE FAILED TO PROVIDE DEBTOR WITH THE NEW MORTGAGE PAYMENT AS SET FORTH IN DEBTOR'S CONFIRMED PLAN
**R / M #:** 149 / 0

**VACATED: PER DEBTOR'S COUNSEL: CHASE & COUNTRYWIDE HAVE COMPLIED**

## *Appearances:*

NONE

## *Proceedings:*

VACATED: PER DEBTOR'S COUNSEL: CHASE & COUNTRYWIDE HAVE COMPLIED